

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB
F. #2018R01980

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 23, 2020

<u>By E-mail</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: The Search of the Basement, the First Floor, and so much of the Second Floor of the Premises Known as 590 Edgegrove Avenue, Staten Island, New York 10312, as is Occupied by Karen Diamond
     <u>Criminal Docket No. 18-MJ-938</u>

Dear Judge Pollak:

  The government respectfully moves for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By:  /s/
           Kayla Bensing
           Assistant U.S. Attorney
           (718) 254-6279

Enclosure

cc: Clerk of Court (by ECF)

KCB
F.# 2018R01980

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE SEARCH
OF THE BASEMENT, THE FIRST
FLOOR, AND SO MUCH OF THE
SECOND FLOOR OF THE PREMISES
KNOWN AS 590 EDGEGROVE
AVENUE, STATEN ISLAND, NEW
YORK 10312, AS IS OCCUPIED BY
KAREN DIAMOND

P R O P O S E D   O R D E R

No. 18-MJ-938

- - - - - - - - - - - - - - - - - - - - - - - - - - X

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kayla Bensing, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

      WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           June 23, 2020

*Cheryl Pollak*
_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK